# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

|   |   |
|---|---|
| LUISA ANNETTE ALVAREZ-FELIX in representation of JOAN ALBERTO ZORRILLA-LORA.<br><br>**Petitioners**<br><br>v.<br><br>REBECCA GONZÁLEZ RAMOS, et al.<br><br>**Respondents** | **CIVIL NO.** 26-1041 (RAM) |

## JUDGMENT

In accordance with the Opinion and Order entered today, February 17, 2026 (Docket No. 32), Petitioner's access-to-counsel and conditions-of-confinement claims are **DIMISSED without prejudice** for failure to exhaust administrative remedies. Petitioner's remaining claims are **DISMISSED with prejudice.**

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 17th day of February 2026.

S/ RAÚL M. ARIAS-MARXUACH
United States District Judge